# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| v. | |
| AMANDA WILLIAMS | Case Number: CR 05-4122-1-LTS / CR 17-4015-1-LTS |
| | USM Number: 03179-029 |
| ☐ Revocation of Probation | Robert Tiefentahler |
| ■ Revocation of Supervised Release | Defendant's Attorney |
| ☐ Modification of Supervision Conditions | |

## THE DEFENDANT:

■ admitted guilt to violation(s)    2, 3, 4a-b, 5a-e, 6, 7, 8, 9, 10, and 11    of the term of supervision.

■ was found in violation of    12    after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 3, 6 | Failure to Comply with Drug Testing | November 14, 2017 |
| 2, 4a-b, 5a-e | Use of a Controlled Substance | November 27, 2017 |
| 7, 9 | Failure to Comply with USPO Instructions | December 20, 2017 |
| 8 | Failure to Report to the RRC as Ordered | December 20, 2017 |
| 10 | False Statement to USPO | December 20, 2017 |
| 11 | Possession of a Controlled Substance | March 14, 2018 |
| 12 | Law Violation | March 14, 2018 |

The defendant is sentenced as provided in pages 2 through   3   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant was not found in violation of          and is discharged as to such violation(s).

■ The Court did not make a finding regarding violation(s)   1a-c

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**Leonard T. Strand**
**Chief United States Magistrate Judge**
Name and Title of Judge

Signature of Judge

**May 4, 2018**
Date of Imposition of Judgment

Date: 5/4/18

DEFENDANT: **AMANDA WILLIAMS**
CASE NUMBER: **CR 05-4122-1-LTS / CR 17-4015-1-LTS**

## PROBATION

☐ The defendant's supervision is continued with the addition of special condition number(s):

## IMPRISONMENT

☐ No imprisonment is ordered as part of this modification.

■ The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **36 months**

■ The court makes the following recommendations to the Federal Bureau of Prisons:
**It is recommended that the defendant be designated to FCI Waseca or a Bureau of Prisons facility as close to the defendant's family as possible, commensurate with the defendant's security and custody classification needs.**

**It is recommended that the defendant participate in the Bureau of Prisons' 500-Hour Comprehensive Residential Drug Abuse Treatment Program or an alternate substance abuse treatment program.**

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant must surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant must surrender for service of sentence at the institution designated by the Federal Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the United States Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: AMANDA WILLIAMS
CASE NUMBER: CR 05-4122-1-LTS / CR 17-4015-1-LTS

## SUPERVISED RELEASE

■ Upon release from imprisonment, No Term of Supervised Release is reimposed.